Thomas C. Doremus v. Francis L. Eames, as President, etc. — Motion granted, with ten dollars costs.

Sacharize Isear v. William Daynes.—Motion denied.

Hannah Liebeskind v. Philip Bohnet.—Motion granted, with ten dollars costs.

Louisa A. Richardson v. George W. Thedford et al.—Motion denied, without costs.

Soterios A. Anargyros v. John W. Poulides.— Motion granted, with ten dollars costs.

Edward Christie, Respondent, v. New York Bowery Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Corleis, Respondent, v. Benedict Fischer et al., Appellants.—Judgment affirmed, with costs. No opinion.

William L. Evans v. Paulina Silberman et al., and seven other actions.—Motion dismissed without prejudice to renewal after the appeal from the order striking out the affidavit has been heard and decided.

Fidelity Printing Company v. William Lowey. —Motion granted, with ten dollars costs.

Samuel Heilbronner, Respondent, v. New York Elevated Railway Company et al., Appellants.—Judgment affirmed, with costs. No opinion.

Stephen Hurst, Respondent, v. New York Elevated Railway Company, Appellant.—Judgment modified by reducing fee damage to $1,500 and rental damage to $125 per year, and as modified affirmed, without costs. No opinion.

Z. Douglas Lansing v. Eliphalet W. Bliss.— Motion granted, with ten dollars costs.

Kate Lawlor, as Administratrix, v. Thomas H. French.— Motion for resettlement granted as shown upon face of notice of motion.

In the Matter of Antoine Ruppaner, Deceased. —Motion granted, with ten dollars costs, unless appellant serve upon his adversary and also file with the clerk of the Appellate Division the printed papers on appeal on or before the 22d of May, 1896, and pay such costs.

Charles A. Miller v. Lewis Edwards.— Motion denied.

In the Matter of Mary McBride, Administratrix.— Motion denied.

People of the State of New York ex rel. Patrick McElroy, Appellant, v. Theodore Roosevelt et al., Respondents. — Proceedings affirmed and writ dismissed, with costs. No opinion.

Delia I. Donihee v. Darius G. Crosby.—Motion denied upon payment of ten dollars costs.

Eleventh Ward Bank v. John Power.— Order resettled.

In the Matter of Benjamin Richardson.- Order affirmed, with ten dollars costs and disbursements. No opinion.

Stephen Matherson v. George W. Edwards and Others.— Motion denied upon payment of ten dollars costs.

People of the State of New York ex rel. Herbert V. Falk, Respondent, v. The Manhattan Oil Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward D. Farrell, Respondent, v. Manhattan Railway Company et al., Appellants.— Judgment affirmed, with costs. No opinion.

Irene A. Fleet, Respondent, v. Helen M. Cronin, as Executrix, etc., Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Theresa Hirsch as Executrix, etc., Respondent, v. The Metropolitan Elevated Railway Company et al., Appellants.—Judgment modified by reducing fee damages to $1,000, and rental damages to $ ,250, and as modified affirmed, without costs. No opinion.

Peter A. Hegeman et al., Respondents, v. Metropolitan Elevated Railway Company et al., Appellants.— Judgment affirmed, with costs. No opinion.

Robert A. Johnston, Appellant, v. Joseph Meany, as Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George P. Rowell et al., Appellants, v. Edward M. Lambert, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

People of the State of New York ex rel. Frank J. Borst, Appellant, v. Theodore Roosevelt et al., Respondents.— Proceedings affirmed, with ten dollars costs and disbursements. No opinion.

Abbott-Katz Brewing Company, Respondent, v. Henry Bennett, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Caroline H. Lexow, Respondent, v. Manhattan Railway Company and Another, Appellants. —Judgment modified by reducing fee damage to $3,000, and as modified affirmed, without costs. No opinion.

In the Matter of the Application of Mary J. O'Hare and Others, Appellants; In re Audubon Avenue.— Order affirmed, with ten dollars costs and disbursement. No opinion.

In the Matter of the Estate of Charles A. Baudouine, Deceased.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary R. McCullough, Respondent, v. Metropolitan Elevated Railway Company and Another, Appellants.— Judgment modified by reducing the fee damage to $3,000, and the rental damage to $1,772, and as modified affirmed, without costs. No opinion.

New York National Exchange Bank, Respondent, v. Abram Rosenstein and the Esberg Bachman Leaf Tobacco Company, Appellants.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Maud A. Griswold, Respondent, v. Meta J. B. Caldwell and Others, Appellants, Impleaded with Others.— Order reversed and default of defendants opened, without costs of appeal or of the original motion. Opinion by Rumsey, J. Not published by direction of Rumsey, J.

People of the State of New York ex rel. Commissioners of Charities and Corrections v. William Cullen.— Motion denied, with ten dollars costs to abide the event of the appeal.

In the Matter of the Application of The Board of Rapid Transit Commissioners.— Motion granted and compensation fixed at $5,000 each.

People of the State of New York ex rel. Commissioners of Charities and Corrections, on Complaint of Agnes Karlsioe v. William J. Karlsioe.—Motion granted requesting that remittitur be sent back.

William H. Simonson, as Trustee, etc., v. George A. Waller et al., Impleaded, etc.— Motion denied.